UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 15-cr-20106-21
Hon. Matthew F. Leitman

v.

D21, BRUCE ELLIOTT PERRY,

      Defendant.

_____/

## ORDER RELEASING DEFENDANT FROM CUSTODY

**IT IS HEREBY ORDERED** that Defendant Bruce Perry shall be released from custody at this time. **IT IS FURTHER ORDERED** that he shall report to inpatient substance abuse treatment as directed by his supervising probation officer and shall comply with all conditions of supervised release, including those added on the record during the hearing in this case held on August 17, 2022. (The conditions that were added on the record on August 17, 2022, will be memorialized in an additional order to be entered by the Court.)

                                      /s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: August 17, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
