MIE 1  
Revised 09/18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**  
for the  
**Eastern District of Michigan**

UNITED STATES OF AMERICA

v.

PERRY, Bruce Elliott

Crim. No.: 15-CR-20106-21

On 06/24/2022 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 08/17/2022, and the Court made the following findings:

PERRY pled guilty to violation #2. Violations 1, 3, 4 and 5 were not addressed.

The Court added the following special conditions:

1) You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

2) You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

3) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment, you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

4) You must participate in and successfully complete inpatient treatment.

The Court continued supervised release with the above noted special conditions and adjourned the violation matter for approximately 120 days.

Respectfully submitted,

s/Elizabeth Campana  
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 17th Day of August, 2022.

s/Matthew F. Leitman  
Matthew F. Leitman  
United States District Judge