MIE 1  
Revised 09/18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**  
for the  
**Eastern District of Michigan**

UNITED STATES OF AMERICA

v.

PERRY, Bruce Elliott                                              Crim. No.:  15-CR-20106-21

On June 24, 2022, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on December 7, 2022, and the Court made the following findings:

Sentencing is adjourned. Violations 1, 3, 4 and 5 were not addressed. All conditions and special conditions previously imposed remain in full effect.

The Court continued supervised release and adjourned the violation matter until March 13, 2023, at 1:30pm.

Respectfully submitted,

s\LaMisha J. Rice  
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 13th Day of December, 2022.

s/Matthew F. Leitman  
Honorable Matthew F. Leitman  
United States District Judge