MIE 1  
Revised 09/18

Order of the Court to Continue Supervision

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

PERRY, Bruce Elliott                                                    Crim. No.:  15-CR-20106-21

On June 24, 2022, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on May 4, 2023, and the Court made the following findings:

PERRY pled guilty to Violation 2. Violations 1, 3, 4 and 5 were dismissed. All conditions and special conditions previously imposed remain in full effect.

The Court continued supervised release and PERRY's supervised release will expire as scheduled on May 10, 2023.

                                                                              Respectfully submitted,

                                                                              s\LaMisha J. Rice  
                                                                              U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 8th Day of May, 2023.

                                                                              s/Matthew F. Leitman  
                                                                              Honorable Matthew F. Leitman  
                                                                              United States District Judge